350 Broadway, Suite 1201                                          Tel: (212) 941-7100
New York, N.Y. 10013                                              Fax: (212) 941-7217
Email: apkjr@earthlink.net                                        Cell: (917) 561-0344



# ARNOLD P. KEITH, JR.
## ATTORNEY AT LAW

April 5, 2012

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
ATTENTION: Ms. Lowe

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2012 ★
BROOKLYN OFFICE

VIA FAX

Re:  *United States  v. Kwan Miller*
     12 CR 61 (JBW)

Your Honor:

   My client, KWAN MILLER respectfully requests that he be allowed to attend Church services on Sundays. He especially would like to attend the Easter Sunday service, April 8, 2012 from 12 noon to 4:30pm. Regular Sunday service is from 12 noon to 3:00pm. The church that Mr. MILLER attends is the Emmanuel Baptist Church 279 Lafayette Avenue, Brooklyn, NY 11238, located near the intersection of Lafayette and Washington Streets.
   I contacted the assigned A.U.S.A., TYLER SMITH, Esq., who indicated that the Government is not opposed to Mr. MILLER attending church.

   Thank you for your attention to this matter.

                                       Very truly yours,

                                       Arnold P. Keith, Jr.


cc:  Tyler Smith, Esq.
     Doug Pravda, Esq.
     Assistant United States Attorneys