

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS:DMP
F.#2011R02392

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2012

**By FedEx and ECF**

Arnold P. Keith, Jr.
Hornstein, Palumbo & Keith
350 Broadway, Suite 1201
New York, NY 10013

Scott L. Fenstermaker, Esq.
100 Park Avenue, 16th Floor
New York, New York 10017

      Re:  U.S. v. Kwan Miller and Sherieka Smalling
          <u>Criminal Docket No. 12-61 (JBW)</u>

Dear Mssrs. Keith and Fenstermaker:

      Enclosed please find supplemental discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. This letter supplements the government's prior discovery letters and productions of February 15, 2012; March 1, 2012; April 2, 2012; April 11, 2012; and April 13, 2012. The government also reiterates its request for reciprocal discovery from the defendants.

      Enclosed please find the following:

- A CD-ROM (Bates numbered KM 39) containing the contents of an Apple iPhone with serial number 880432E4A4S seized from 525 East 26th Street, Apartment 2F, Brooklyn, New York, on December 20, 2011;

- A DVD (Bates numbered KM 40) containing the contents of an Apple iPhone with serial number 831036ZBA4S seized from 525 East 26th Street, Apartment 2F, Brooklyn, New York, on December 20, 2011;

- A CD-ROM (Bates numbered KM 41) containing the contents of a Blackberry Bold 9700 mobile phone with IMEI number 357360038073174 seized from 525 East 26th Street, Apartment 2F, Brooklyn, New York, on December 20, 2011;

2

- A CD-ROM (Bates numbered KM 42) containing the contents of a Pantech P7040P mobile phone with IMEI number 012367001196509 seized from 525 East 26th Street, Apartment 2F, Brooklyn, New York, on December 20, 2011;

- A CD-ROM (Bates numbered KM 43) containing the contents of a Motorola i776 mobile phone with IMEI number 001703242038810 seized from 525 East 26th Street, Apartment 2F, Brooklyn, New York, on December 20, 2011;

In addition, please note that an iPad was also seized from 525 East 26th Street, Apartment 2F, Brooklyn, New York, on December 20, 2011. The hard drive is available for review at your request. If you would like a copy of the hard drive, please send me a blank 40-gigabyte, 3.5-inch hard drive and we will copy the iPad's hard drive onto the hard drive that you supply and return it to you.

If you have any questions or further requests, please do not hesitate to contact me.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                              By:   /s/ Douglas M. Pravda
                                    Douglas M. Pravda
                                    Assistant United States Attorney
                                    (718) 254-6268

Enclosures

cc: Clerk of Court (JBW) (w/o enclosures)