**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 12 2012 ★
BROOKLYN OFFICE

*[handwritten: w/t/p by telephone granted so ordered JW 6/11/12]*

June 5, 2012

BY ECF
Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Kwan Miller
     12 Cr 61 (JBW)

Dear Judge Weinstein:

Mr. Miller was ordered released in the case on a $600,000 Appearance Bond signed by eight financially responsible suretors. Mr. Miller resides with his sister, and is subject to home confinement with electronic monitoring. He is allowed to leave his residence from 8:30 until 9:30 p.m. each day to work, and also, to attend Church services on Sunday. He has at all times been compliant with the terms of his release.

Mr. Miller's brother, Chauncy, is getting married in Atlanta, Georgia, on June 18, 2012, and, Mr. Miller is the Best Man at his wedding. By this letter, I am respectfully requesting that Mr. Miller be permitted to travel to the State of Georgia from June 13 to June 19, to attend the festivities surrounding the wedding and wedding of his brother. The men in the Bridal Party are scheduled to be fitted for their tuxedos on June 14th, June 15th is the wedding rehearsal, June 16th is the rehearsal dinner and June 18th is the wedding and reception. While in Georgia, Mr. Miller would be staying at the Westin Hotel, located at 210 Peachtree Street, in Atlanta, Georgia. For Your Honor's information, at least three of the suretors who are obligated on the Bond will be in Georgia, along with Mr. Miller.

The government and Pretrial Services both have no objection to this request.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp